No. 243. ALBERT ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *J. Minos Simon* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, for respondent.

No. 404. ANNUNZIATO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Morton Dimenstein* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.

No. 405. FASSOULIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *William F. Hamilton* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 406. McDOWELL *v.* RIBICOFF, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 3d Cir. Certiorari denied. *Bernard V. Lentz* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.

No. 407. BINION *v.* U. S. MARSHAL FOR THE DISTRICT OF NEVADA. C. A. 9th Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 409. ESTATE OF COOPER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Edward W. Mullins* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for respondent.